**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ARTURO MAY-CUICH, | No. 15-72651 |
| Petitioner, | Agency No. A200-682-059 |
| v. | |
| WILLIAM P. BARR, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 7, 2020[**]

Before:     TASHIMA, BYBEE, and WATFORD, Circuit Judges.

Arturo May-Cuich, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for asylum, withholding of

removal, and relief under the Convention Against Torture ("CAT"). We have

jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

agency's factual findings. *Garcia-Milian v. Holder*, 755 F.3d 1026, 1031 (9th Cir. 2014). We deny the petition for review.

May-Cuich does not raise, and has thus waived, any challenge to the agency's dispositive determination that he failed to establish changed or extraordinary circumstances to excuse his untimely asylum application. *See Lopez-Vasquez v. Holder*, 706 F.3d 1072, 1079-80 (9th Cir. 2013) (issues not specifically raised and argued in a party's opening brief are waived).

May-Cuich also does not challenge the agency's determination that the proposed particular social groups of "insulin dependent diabetics" and "Mexican nationals returning to Mexico after living many years in the United States" were not cognizable. *Id*. We reject as unsupported by the record May-Cuich's contention that the agency erred in its formulation of his proposed social groups. Thus, May-Cuich's withholding of removal claim fails.

Substantial evidence supports the agency's denial of CAT relief because May-Cuich failed to show it is more likely than not he would be tortured by or with the consent or acquiescence of the government if returned to Mexico. *See Aden v. Holder*, 589 F.3d 1040, 1047 (9th Cir. 2009).

**PETITION FOR REVIEW DENIED.**